UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
NORTHERN DIVISION



\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| BRENDA SCHONEBAUM, | \* | CIV 07-1030 |
| Plaintiff, | \* | |
| -vs- | \* | ORDER |
| HUB CITY, INC., | \* | |
| Defendant. | \* | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The plaintiff filed an unopposed motion to dismiss with prejudice, Doc. 42, and the Court having reviewed the motion and good cause appearing,

IT IS ORDERED that plaintiff's unopposed motion to dismiss with prejudice, Doc. 42, is granted and the case is dismissed, with prejudice , on the merits, and without the taxation of costs..

Dated this 14th day of May, 2009.

BY THE COURT:

_____
CHARLES B. KORNMANN
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK

BY:_____
            DEPUTY
       (SEAL)